# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL CASE NO. 3:09-CV-147-DCK

| | | |
|---|---|---|
| **CHRISTOPHER WILLIAM BROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MINT HILL VOLUNTEER FIRE** | ) | |
| **DEPARTMENT, INC. AND THE TOWN** | ) | |
| **OF MINT HILL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* Plaintiff's "Motion to Compel Answers to Interrogatories and Request for Production" (Document No. 10) filed on November 24, 2009. Defendants oppose the motion. The parties have consented to Magistrate Judge jurisdiction, and this motion is ripe for review. Having carefully considered the record, including the parties' briefs, the undersigned will **deny as moot** the motion for the following reasons:

Plaintiff indicates that he served Defendants with written discovery requests on July 14, 2009. (Document No. 9, Ex. A). Defendants sought, and were granted, an extension of time until September 4, 2009 to respond. (Document No. 8, Order). Defendants thereafter responded, and also subsequently provided supplemental responses. (Document No. 9, Ex. B). Dissatisfied with these responses, the *pro se* Plaintiff sought an order compelling "full" answers.

However, the case was thereafter successfully mediated. Chambers of the undersigned was advised in writing on December 17, 2009, that the case has settled, and therefore, the present motion

is moot.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion to Compel Answers to Interrogatories and Request for Production" (Document No. 10) is **DENIED as moot without prejudice**.

**IT IS SO ORDERED.**

Signed: December 29, 2009

David C. Keesler
United States Magistrate Judge